IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

MAY 2 4 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:07 CR 3 |
| | ) | |
| vs. | ) | ORDER TO UNSEAL |
| | ) | |
| MERRILL RUPPE | ) | |
| RICHARD CAMPBELL | ) | |
| SANDRA WALLACE | ) | |
| DIANE SMITH | ) | |
| JOHN ALLEN SMITH | ) | |
| CHARLES E. SMITH | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND

DECREED that the Superseding Bill of Indictment in this case be unsealed.

This the __24__ day of May, 2007.


DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE