DESIGNATION OF A SENIOR UNITED STATES JUDGE
FOR SERVICE WITHIN THE CIRCUIT
1:07CR3

FILED
ASHEVILLE, N.C.

SEP - 5 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

The Honorable T.S. Ellis, III, Senior Judge of the United States District Court for the Eastern District of Virginia, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the Western District of North Carolina, during the period beginning September 4, 2007, and ending September 3, 2008,

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(c), I do hereby designate and assign the Honorable T.S. Ellis, III to perform the duties of district judge in the United States District Court for the Western District of North Carolina during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

_Karen Williams_
Chief Judge
Fourth Circuit

Dated 8/31/, 2007