# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:07cr3 |
| | ) | |
| MERRILL RUPPE | ) | 1:07cr3-01 |
| RICHARD CAMPBELL | ) | 1:07cr3-02 |
| SANDRA WALLACE | ) | 1:07cr3-03 |
| DIANE SMITH | ) | 1:07cr3-04 |
| JOHN ALLEN SMITH | ) | 1:07cr3-05 |

## ORDER

For good cause,

It is hereby **ORDERED** that a status hearing is **SCHEDULED** in this matter for Tuesday, September 11, 2007, at 10:00 a.m.

The Clerk is directed to send a copy of this Order to all counsel of record.

/s/
_____
T. S. Ellis, III
United States District Judge

September 5, 2007
Alexandria, VA